UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>) C.A. No.<br>UNITED STATES FIDELITY AND )<br>GUARANTY COMPANY, ) **05-40072 FDS**<br>)<br>Defendant ) | |

### CORPORATE DISCLOSURE STATEMENT OF
### UNITED STATES FIDELITY & GUARANTY COMPANY

Pursuant to Local Rule 7.3 (D. Mass.), the defendant, United States Fidelity & Guaranty Company, states that it is a wholly-owned corporate subsidiary of The St. Paul Companies, Inc.

Respectfully submitted,

UNITED STATES FIDELITY & GUARANTY
COMPANY,

By its attorneys,

Bradford R. Carver BBO #565396
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210
(617) 217-5500

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2005, I served the foregoing Notice of Removal by causing a copy of same to be mailed to Robert N. Meltzer, Esq., P.O. Box 1459, Framingham, MA 01701.

Bradford R. Carver

02060-0100
372660v1