UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 2005-40072-FDS |

### NOTICE OF APPEARANCE

Please enter the appearance of Eric H. Loeffler on behalf of the defendant, United States Fidelity and Guaranty Company.

                                              Respectfully submitted,

                                              United States Fidelity and Guaranty
                                              Company,

                                              By its attorneys,

                                              /s/ Eric H. Loeffler_____
                                              Eric H. Loeffler, BBO#641289
                                              Hinshaw & Culbertson LLP
                                              One International Place
                                              Boston, MA 02110
                                              (617) 213-7010

Date: September 28, 2005

34012650v1 856218