UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES FIDELITY & )<br>GUARANTY COMPANY )<br>)<br>Defendant, ) | C.A. No. 4:05-CV-40072-FDS |

## NOTICE OF APPEARANCE

To The Clerk of the Above Named Court:

Please enter the appearance of Kevin J. O'Connor, BBO No. 555249, of Hermes, Netburn, O'Connor & Spearing, P.C. on behalf of the Defendant United States Fidelity & Guaranty Company.

                                        Kevin J. O'Connor, BBO No. 555249
                                        HERMES, NETBURN, O'CONNOR &
                                        SPEARING, P.C.
                                        111 Devonshire Street, 8th Floor
                                        Boston, MA 02109
                                        (617) 728-0050
                                        (617) 728-0052 (F)

Dated: October 21, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2005, I served the foregoing document, upon Robert N. Meltzer, Attorney at Law, P.O. Box 1459, Framingham, MA 01710.

                                        Kevin J. O'Connor