UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 2005-40072-FDS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby give to the Court and all parties to the above-captioned matter of the withdrawal of appearance of Bradford R. Carver and Eric H. Loeffler as counsel on behalf of the defendant, United States Fidelity and Guaranty Company.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　United States Fidelity and Guaranty
　　　　　　　　　　　　　　　　　　　Company,

　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Eric H. Loeffler
　　　　　　　　　　　　　　　　　　　Eric H. Loeffler, BBO#641289
　　　　　　　　　　　　　　　　　　　Hinshaw & Culbertson LLP
　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 213-7010

　　　　　　　　　　　　　　　　　　　/s/ Bradford R. Carver
　　　　　　　　　　　　　　　　　　　Bradford R. Carver, BBO#565396
　　　　　　　　　　　　　　　　　　　Hinshaw & Culbertson LLP
　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 213-7010

Date:  October 21, 2005

34014834v1 856218