UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>) C.A. No. 4:05-CV-40072-FDS<br>UNITED STATES FIDELITY & )<br>GUARANTY COMPANY )<br>)<br>Defendant, )<br>) | |

NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that as of **October 31, 2005**, counsel for the Defendant, United States Fidelity and Guaranty Company, have moved to:

265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050
(617) 728-0052 – Fax

UNITED STATES FIDELITY and
GUARANTY COMPANY
By its Attorneys,

Kevin J. O'Connor, BBO No. 555249
Eric C. Hipp, BBO No. 642658
HERMES, NETBURN, O'CONNOR
 & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
(617) 728-0050 – Tel.
(617) 728-0052 – Fax

Dated: November 4, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of November, 2005, I served the foregoing document, upon Robert N. Meltzer, Attorney at Law, P.O. Box 1459, Framingham, MA 01710.

                                                _____
                                                Eric C. Hipp

G:\DOCS\KJO\ST Paul Travelers\Jackson\Landworks\Pleadings\Change of Address.doc