## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LANDWORKS CREATIONS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | C.A. No. 4:05-CV-40072-FDS |
| UNITED STATES FIDELITY & ) | |
| GUARANTY COMPANY ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF APPEARANCE

To The Clerk of the Above Named Court:

Please enter the appearance of Eric C. Hipp, BBO No. 642658, of Hermes, Netburn, O'Connor & Spearing, P.C. on behalf of the Defendant United States Fidelity & Guaranty Company.

/s/ Eric C. Hipp
Eric C. Hipp, BBO No. 648658
HERMES, NETBURN, O'CONNOR &
    SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052 (F)

Dated: November 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2005, I served the foregoing document, upon Robert N. Meltzer, Attorney at Law, P.O. Box 1459, Framingham, MA 01710.

/s/ Eric C. Hipp
Eric C. Hipp

G:\DOCS\KJO\ST Paul Travelers\Jackson\Landworks\Pleadings\Appearance - ECH.doc