UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY &<br>GUARANTY COMPANY<br><br>    Defendant, | C.A. No. 4:05-CV-40072-FDS |

JOINT STATEMENT REGARDING
REFERRAL TO MAGISTRATE JUDGE

The parties do not unanimously consent to the referral of this matter to a Magistrate Judge, which shall remain with Judge F. Dennis Saylor IV.

| | |
|---|---|
| **LANDWORKS CREATIONS, LLC**<br>By its attorneys, | **UNITED STATES FIDELITY AND GUARANTY COMPANY,**<br>By its attorneys, |
| /s/ Robert N. Meltzer<br>Robert N. Meltzer, BBO No.564745<br>P.O. Box 1459<br>Framingham, MA 01701<br>(508) 872-7116 – Tel.<br>(508) 872-8284 – fax | /s/ Eric C. Hipp<br>Kevin J. O'Connnor, BBO No. 555249<br>Eric C. Hipp, BBO No. 642658<br>HERMES, NETBURN, O'CONNOR<br>   & SPEARING, P.C.<br>265 Franklin Street, Seventh Floor<br>Boston, MA 02110-3113<br>(617) 728-0050 – Tel.<br>(617) 728-0052 – Fax |
| Dated: January 11, 2006 | Dated: January 11, 2006 |