UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LANDWORKS CREATIONS, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 4:05-CV-40072-FDS |
| UNITED STATES FIDELITY & GUARANTY COMPANY | ) ) ) ) | |
| Defendant, | ) ) | |

### STIPULATION TO EXTEND FINAL DEADLINE FOR FACT DISCOVERY

Pursuant to Procedural Provision 1(b) of the Scheduling Order entered on January 4, 2006, Landworks Creations, LLC ("Landworks") and United States Fidelity and Guaranty Company ("USF&G") mutually agree to extend the final deadline for fact discovery for thirty (30) days. Such deadline is extended from July 21, 2006 to August 21, 2006.

The extension is necessary because the parties are unable to conduct depositions until the Court resolves the several recently filed motions, including: (1) Landworks' Petition for Leave to Conduct in Excess of Ten Depositions; (2) USF&G's Motion to Sever and Stay; and (3) Landworks' Motion to Extend Time to Complete Oral Depositions to November 1, 2006. In addition, Landworks served on or about June 20, 2006, pursuant to LR 15.1(b), a Motion to Amend the Complaint in order to, among other things, add Lovett Silverman Construction Consultants, Inc. as a defendant. The resolution of these motions will significantly impact the scope of discovery, as well as the identity of the parties required to participate in such discovery.

The parties intend to raise these issues with the Court at the Status Conference scheduled for July 27, 2006, unless the Court resolves the motions beforehand.

Respectfully submitted,

| **LANDWORKS CREATIONS, LLC** | **UNITED STATES FIDELITY & GUARANTY COMPANY** |
|---|---|
| /s/ Robert N. Meltzer | /s/ Eric C. Hipp |
| Robert N. Meltzer, BBO No. 564745 | Kevin J. O'Connor, BBO No. 555249 |
| P.O. Box 1459 | Eric. C. Hipp, BBO No. 642658 |
| Framingham, MA 01701 | HERMES, NETBURN, O'CONNOR & SPEARING, P.C. |
| (508) 872-7116 | 265 Franklin Street, Seventh Floor |
| (508) 872-8284 | Boston, MA 02110-3113 |
|  | (617) 728-0050 |
| Dated: July 10, 2006 | (617) 728-0052 (F) |
|  | Dated: July 10, 2006 |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (none) on July 10, 2006.

/s/ Eric C. Hipp
Eric C. Hipp

G:\DOCS\ECH\Clients\St. Paul Travelers\Landworks\Pleadings\Stipulation to Extend Final Deadline for Fact Discovery.doc