UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LANDWORKS CREATIONS, LLC )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES FIDELITY AND )<br>GUARANTY COMPANY and )<br>LOVETT-SILVERMAN CONSTRUCTION )<br>CONSULTANTS, INC. )<br>)<br>Defendants ) | C.A. No.: 05-CV-40072 FDS |

## NOTICE OF APPEARANCE

Please enter the appearances of David J. Hatem, PC, Esquire and Jay S. Gregory, Esquire, as counsel for the defendant, Lovett-Silverman Construction Consultants, Inc. in connection with the above-entitled action.

        LOVETT-SILVERMAN CONSTRUCTION
        CONSULTANTS, INC.
        By its attorneys,

        */s/ Daniel Hatem PC*
        David J. Hatem, PC, Esq., BBO # 225700
        Jay S. Gregory, Esq., BBO # 546708
        DONOVAN HATEM LLP
        Two Seaport Lane
        Boston, MA 02110
        (617) 406-4500

DATED: August 31, 2006

01030918

## CERTIFICATE OF SERVICE

I, David J. Hatem, PC, hereby certify that on this 31st day of August, 2006, I have given notice of the attached Notice of Appearance by mailing copies thereof, postage prepaid to:

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701

_David Hatem PC_
David J. Hatem, PC

01030918