UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| LANDWORKS CREATIONS, LLC | ) | |
| | ) | C.A. No.: 05-CV-40072 FDS |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES FIDELITY AND | ) | |
| GUARANTY COMPANY and | ) | |
| LOVETT-SILVERMAN CONSTRUCTION | ) | |
| CONSULTANTS, INC. | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE

     Please enter the appearances of David J. Hatem, PC, Esquire and Jay S. Gregory, Esquire, as counsel for the defendant, Lovett-Silverman Construction Consultants, Inc. in connection with the above-entitled action.

                                                LOVETT-SILVERMAN CONSTRUCTION
                                                CONSULTANTS, INC.
                                                By its attorneys,

                                                */s/ Jay S. Gregory*_____
                                                David J. Hatem, PC, Esq., BBO # 225700
                                                Jay S. Gregory, Esq., BBO # 546708
                                                DONOVAN HATEM LLP
                                                Two Seaport Lane
                                                Boston, MA 02110
                                                (617) 406-4500

DATED: September 1, 2006

## **CERTIFICATE OF SERVICE**

      I, Jay S. Gregory, hereby certify that on this 1st day of September, 2006, I have given notice of the attached Notice of Appearance by mailing copies thereof, postage prepaid to:

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701

                                        */s/ Jay S. Gregory*_____