UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LANDWORKS CREATIONS, LLC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>UNITED STATES FIDELITY AND GUARANTY )<br>COMPANY and )<br>LOVETT-SILVERMAN CONSTRUCTION )<br>CONSULTANTS, INC. )<br>)<br>Defendants )<br>) | C.A. NO.05-CV-40072 FDS |

## DEFENDANT LOVETT-SILVERMAN CONSTRUCTION CONSULTANTS, INC.'S MOTION TO EXTEND DISCOVERY DEADLINES

The defendant, Lovett-Silverman Construction Consultants, Inc. ("Lovett-Silverman"), hereby moves this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to extend the tracking order deadlines as follows:

1. Phase One discovery of construction claims, including depositions, shall be completed by **January 26, 2007.**

2. A Status Conference shall be held on **January 26, 2007**, or a date thereafter convenient with the Court.

In support of this motion, Lovett-Silverman submits an accompanying memorandum setting forth the reasons for requesting an extension of the discovery and status conference deadlines.

WHEREFORE, Lovett-Silverman requests that this Honorable Court ALLOW this motion and enter an order establishing a pre-trial schedule as requested.

Respectfully submitted,

**LOVETT-SILVERMAN CONSTRUCTION CONSULTANTS, INC.**
By its attorneys,

_____
David J. Hatem, BBO #225700
Jay S. Gregory, BBO #546708
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210

Dated: September 2, 2006

01032592 (2500.2167)

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Jay S. Gregory, hereby certify that pursuant to Local Rule of the United States District Court for the District of Massachusetts 7.1(a)(2), counsel have conferred in good faith concerning this motion.

_____
Jay S. Gregory

## CERTIFICATE OF SERVICE

I, Jay S. Gregory, hereby certify that on September 21, 2006, I have served the attached document by mailing a copy thereof, postage prepaid to:

Robert N. Meltzer, Esquire
Post Office Box #1459
Framingham, MA 01701

Eric Hipp, Esquire
Hermes, Netburn, O'Connor & Spearing
265 Franklin Street
7th Floor
Boston, MA 02110

_____
Jay S. Gregory

3