UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LANDWORKS CREATIONS, LLC. ) | C.A. NO.05-CV-40072 FDS |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES FIDELITY AND GUARANTY ) | |
| COMPANY and ) | |
| LOVETT-SILVERMAN CONSTRUCTION ) | |
| CONSULTANTS, INC. ) | |
| ) | |
| Defendants ) | |
| ) | |

### OPPOSITION OF THE PLAINTIFF TO DEFENDANT LOVETT-SILVERMAN CONSTRUCTION CONSULTANTS, INC.'S MOTION TO COMPEL DISCOVERY

Now comes the Plaintiff and opposes the Defendant's Motion to Compel discovery responses. As grounds for this opposition, the Plaintiff notes that discovery responses have been tendered since the filing of that motion, rendering the motion moot.

                Respectfully Submitted,
                **Landworks Creations, LLC**
                By its attorney,

                s/Robert N. Meltzer_____
                The Mountain States Law Group
                Robert N. Meltzer, BBO #564745
                PO Box 1459
                Framingham, MA 01701
                Phone: (508) 872-7116

Dated: December 20, 2006

2

CERTIFICATE OF SERVICE

  I, Robert N. Meltzer, do hereby certify that on this day I served a copy of the foregoing on all counsel of record by mailing the same, postage prepaid, to:

Hermes, Netburn, O'Connor & Spearing
265 Franklin Street, Seventh Floor
Boston, MA 02109
Attn: Eric C. Hipp, Esq.

Donovan Hatem
World Trade Center East
Two Seaport Lane
Boston, MA 02210
Attn: Jay Gregory, Esq.

                  s/Robert N. Meltzer

December 20, 2006