UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LANDWORKS CREATIONS, LLC. ) | C.A. NO.05-CV-40072 FDS |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES FIDELITY AND GUARANTY ) | |
| COMPANY and ) | |
| LOVETT-SILVERMAN CONSTRUCTION ) | |
| CONSULTANTS, INC. ) | |
| ) | |
| Defendants ) | |
| ) | |

### PLAINTIFF LANDWORKS, LLC.'S EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER OF FEBRUARY 27, 2007 COMPELLING FURTHER ANSWERS TO INTERROGATORIES AND FOR RELIEF FROM THE REQUIREMENTS OF L.R. 7.1 AND 37.1 AS TO THIS MOTION

Now comes the Plaintiff, Landworks Creations, LLC and moves on an emergency basis for an extension of time to respond to the Order of the Judge Magistrate dated February 27, 2007, ordering the Plaintiff to provide further answers to discovery by February 28, 2007. As grounds for this motion, the Plaintiff notes that the Order was received at the office of Plaintiff's counsel by e-mail after 4:00 pm on the afternoon of February 27, 2007, and was opened at 1:30 pm on February 28, 2007. Plaintiff thus has less than four hours to review the Order and amend the Answers. In addition, Plaintiff's president is in Maine, at least two hours away.

2

      Compliance with the Court's Order appears to be impossible. Indeed, the extremely short time-frame for compliance seems so short as to be an error in the Order, warranting review. Plaintiff understands that Magistrate Judge Hillman is not in Court on this day to review the time frame.

      Based upon the short time frame of the Order, the Plaintiff request relief from the meet and confer obligations of Local Rule 7.1 and Local Rule 37.1

      WHEREFORE, based upon the foregoing, the Plaintiff respectfully requests a reasonable extension of time to respond to the Court's Order, which should require no more than fourteen days.

                                    Respectfully Submitted,
                                      **Landworks Creations, LLC**
                                      By its attorney,

                                      s/Robert N. Meltzer_____
                                      The Mountain States Law Group
                                      Robert N. Meltzer, BBO #564745
                                      P.O. Box 1459
                                      Framingham, MA 01701
                                      Phone: (508) 872-7116

Dated: February 28, 2007

CERTIFICATE OF SERVICE

      I, Robert N. Meltzer, do hereby certify that on this 28th of February, 2007 I served a copy of the foregoing on the following counsel of record by first class mail, postage prepaid:

Hermes, Netburn, O'Connor & Spearing
265 Franklin Street, Seventh Floor
Boston, MA 02109
Attn: Eric Hipp, Esq.

Donovan Hatem
World Trade Center East
Two Seaport Lane
Boston, MA 02210
Attn: Julie Ciollo, Esq.

                                              s/Robert N. Meltzer
                                              Robert N. Meltzer