UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

_____
LANDWORKS CREATIONS, LLC.              ) C.A. NO.05-CV-40072 FDS
                                       )
    Plaintiff                          )
                                       )
v.                                     )
                                       )
UNITED STATES FIDELITY AND GUARANTY    )
COMPANY and                            )
LOVETT-SILVERMAN CONSTRUCTION          )
CONSULTANTS, INC.                      )
                                       )
    Defendants                         )
_____ )

## NOTICE OF APPEARANCE ON BEHALF OF LOVETT-SILVERMAN CONSTRUCTION CONSULTANTS, INC.

    Please enter the appearance of Julie A. Ciollo of Donovan Hatem LLP as counsel for the

defendant, Lovett-Silverman Construction Consultants, Inc..

                                       Respectfully submitted,

                                       LOVETT-SILVERMAN
                                       CONSTRUCTION CONSULTANTS, INC.
                                       By its attorneys,

                                       /s/ Julie A. Ciollo_____
                                       David J. Hatem, PC (BBO #225700)
                                       Marianne E. Brown (BBO #668237)
                                       Julie A. Ciollo (BBO #666080)
                                       DONOVAN HATEM LLP
                                       Two Seaport Lane
                                       Boston, MA 02210
Dated: March 5, 2007                  (617) 406-4500
                                       jciollo@donovanhatem.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 5, 2007.

                                        /s/ Julie A. Ciollo_____
                                        Julie A. Ciollo