UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LANDWORKS CREATIONS, LLC.  )<br>  )<br>    Plaintiff  )<br>  )<br>v.  )<br>  )<br>UNITED STATES FIDELITY AND GUARANTY )<br>COMPANY and  )<br>LOVETT-SILVERMAN CONSTRUCTION  )<br>CONSULTANTS, INC.  )<br>  )<br>    Defendants  )<br>  ) | C.A. NO.05-CV-40072 FDS |

## AFFIDAVIT OF JULIE A. CIOLLO

1. I am an attorney in good standing and admitted to the bar of the Commonwealth of Massachusetts and the Federal District Court for the District of Massachusetts.

2. I am an associate in the law firm of Donovan Hatem LLP, counsel to the Defendant, Lovett-Silverman Construction Consultants, Inc. ("Lovett-Silverman").

3. I submit this affidavit in support of the Memorandum of Law in Support of Lovett-Silverman's Motion for Summary Judgment.

4. The exhibits attached hereto are true and accurate copies of the original documents.

5. I am familiar with the record of this matter and affirm that counsel for the Plaintiff, Landworks Creations, LLC, did not send an M.G.L. c. 93A demand letter to Lovett-Silverman at any time prior to filing suit in this matter.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed this 23rd day of March, 2007.

                                                                          /s/ Julie A. Ciollo_____
                                                                          Julie A. Ciollo

01078081

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 23, 2007.

      /s/ Julie A. Ciollo_____
      Julie A. Ciollo