UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO: 05-CV-40072 FDS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES FIDELITY AND | ) |
| GUARANTY COMPANY and | ) |
| LOVETT-SILVERMAN CONSTRUCTION | ) |
| CONSULTANTS, INC. | ) |
| | ) |
| Defendants | ) |

SECOND ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT, USF & G'S MOTION FOR A PROTECTIVE ORDER UNTIL JULY 30, 2007

Now comes the Plaintiff, Landworks Creations, LLC., and moves for an extension until July 30, 2007 to respond to the Motion for a Protective Order filed by Defendant USF & G ("the Moving Party"). As grounds for this motion, the Plaintiff states that the parties are actively working toward resolution of this dispute, or at least substantially narrowing the issues to be presented to the Court. It is expected that a resolution will either be reached or, in the alternative, that the extension of July 30, 2007 will provide sufficient time for the Plaintiff to respond to the moving papers.

1

2

 

Respectfully Submitted,

**Landworks Creations, LLC**

By its attorney,

s/Robert N. Meltzer_____
The Mountain States Law Group
Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Assented to:

For the Moving Party,

United States Fidelity & Guaranty Co.

s/Eric Hipp_____
Eric Hipp, BBO #642658
Hermes, Netburn, O'Connor & Spearing
265 Franklin Street, Seventh Floor
Boston, MA 02109
Phone: (617) 728-0050

July 19, 2007

3

CERTIFICATE OF SERVICE

      I, Robert N. Meltzer, do hereby certify that on this 19th of July, 2007 I served a copy of the foregoing on the following counsel of record by first class mail, postage prepaid:

Hermes, Netburn, O'Connor & Spearing
265 Franklin Street, Seventh Floor
Boston, MA 02109
Attn: Eric Hipp, Esq.

Donovan Hatem
World Trade Center East
Two Seaport Lane
Boston, MA 02210
Attn: Julie Ciollo, Esq.

      s/Robert N. Meltzer_____