UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LANDWORKS CREATIONS, LLC. ) | C.A. NO.05-CV-40072 FDS |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES FIDELITY AND GUARANTY ) | |
| COMPANY and ) | |
| LOVETT-SILVERMAN CONSTRUCTION ) | |
| CONSULTANTS, INC. ) | |
| ) | |
| Defendants ) | |

**NOTICE OF APPEARANCE**

Please note the Appearance of John B. Connarton, Jr., PC, as counsel for the Defendant, Lovett-Silverman Construction Consultants, Inc., in connection with the above-entitled action.

Respectfully submitted,
LOVETT-SILVERMAN CONSTRUCTION
CONSULTANTS, INC.
By its attorneys,

/s/ John B. Connarton, Jr., P.C.
_____
John B. Connarton, Jr. PC (BBO #094460)
DONOVAN HATEM LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 23, 2007.

/s/ John B. Connarton, Jr., P.C.
_____
John B. Connarton, Jr. PC (BBO #094460)