# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LANDWORKS CREATIONS, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| ) | **C.A. No. 4:05-CV-40072-FDS** |
| **UNITED STATES FIDELITY AND** ) | |
| **GUARANTY COMPANY, and** ) | |
| **LOVETT SILVERMAN CONSTRUCTION** ) | |
| **CONSULTANTS, INC.** ) | |
| ) | |
| **Defendant,** ) | |

## NOTICE OF APPEARANCE

To The Clerk of the Above Named Court:

Please enter the appearance of Peter G. Hermes, BBO No. 231840, of Hermes, Netburn,

O'Connor & Spearing, P.C. on behalf of the Defendant United States Fidelity & Guaranty

Company.

/s/ Peter G. Hermes
Peter G. Hermes, BBO No. 231840
HERMES, NETBURN, O'CONNOR &
    SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050
Dated: February 21, 2008      (617) 728-0052 (F)

## C ERTIFICATE O F S ERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (none) on February 21, 2008.

/s/ Peter G. Hermes
Peter G. Hermes

G:\DOCS\ECH\Clients\St. Paul Travelers\Jackson Construction\Landworks\Pleadings\Appearance - PGH.doc