UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,<br><br>**Plaintiff,**<br><br>vs.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY, and LOVETT SILVERMAN CONSTRUCTION CONSULTANTS, INC.<br><br>**Defendant,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 4:05-CV-40072-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To The Clerk of the Above Named Court:

Please enter the appearance of Peter C. Netburn, BBO No. 546935, of Hermes, Netburn, O'Connor & Spearing, P.C., on behalf of the Defendant, United States Fidelity & Guaranty Company.

/s/ Peter C. Netburn
Peter C. Netburn, BBO No. 546935
HERMES, NETBURN, O'CONNOR &
  SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050
(617) 728-0052 (F)

Dated:  February 25, 2008

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (none) on February 25, 2008.

/s/ Peter G. Hermes
Peter G. Hermes