UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | )    C.A. No. 4:05-CV-40072-FDS |
| UNITED STATES FIDELITY AND | ) |
| GUARANTY COMPANY, and | ) |
| LOVETT SILVERMAN CONSTRUCTION | ) |
| CONSULTANTS, INC. | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

To The Clerk of the Above Named Court:

    Please enter the appearance of Cynthia J. Stephens of Hermes, Netburn, O'Connor & Spearing, P.C. on behalf of the Defendant United States Fidelity & Guaranty Company.

 

/s/ Cynthia J. Stephens
Cynthia J. Stephens, BBO No. 560670
HERMES, NETBURN, O'CONNOR &
  SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050
Dated: May 8, 2008     (617) 728-0052 (F)

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2008.

/s/ Cynthia J. Stephens

G:\DOCS\CJS\Travelers\Landworks\Pleadings\CJS Appearance 5-08.doc