UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO: 05-CV-40072 FDS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES FIDELITY AND | ) |
| GUARANTY COMPANY and | ) |
| LOVETT-SILVERMAN CONSTRUCTION | ) |
| CONSULTANTS, INC. | ) |
| | ) |
| Defendants | ) |

PLAINTIFF'S TRIAL EXHIBIT LIST

Now comes the Plaintiff, Landworks Creations, LLC, and submits the list of the following exhibits it intends to introduce at the trial of this matter, either at the contract stage before the jury, or during the bench trial portion under c. 176D/93A.

1. Proposal from Landworks to Standen dated July 27, 2003

2. Contract with Standen Contracting, Co., Inc., dated August 28, 2003

3. Letter from Landworks to Medeiros, March 5, 2004 confirming scope of work

4. Letter from Landworks to Jackson, April 6, 2004 confirming scope of work

5. Letter from Landworks to Jackson April 29, 2004 detailing cost of shutdown

6. Subcontractor Hold Agreement with USF & G dated April 10, 2004

7. Contract Information Sheet, with handwritten notes, April 2004

8. Applications/Schedule of Values and Certificate for Payment after April 10, 2004

9. Daily Reports/Weekly Reports After April 10, 2004

10. Weekly Payroll Report Forms After April 10, 2004

11. Project Plans and Specifications/Plans

12. Change Order Requests after April 10, 2004

13. Copies of Checks for Payment Received after April 10, 2004

14. Photographs of the site

15. e-mail correspondence marked as deposition exhibits at the depositions of Meritz, Bullock and Lardaro, marked as deposition exhibits 32-65

16. Correspondence from Jackson dated January 13, 2005 identifying status of change orders

17. Correspondence from Landworks to Jackson dated 13, 2005 providing additional requested information

18. Documents pertaining to change orders 104, 204, 304, 404, 804, 904, 1004, 1204, 1304, 1404, 1504, 1604, 1704, 1804, including all transmittal letters and back up

19. Documents pertaining to change orders 504, 604, 704

20. July 20, 2004 Submittal from Landworks to Jackson re: Fletcher Granite

21. July 20, 2004 Request for Information from Landworks to Jackson re: Keating pavement work, and proposed change order

22. October 25, 2004 letter from Landworks to Jackson re payment for curb and paving work

23. Letter of intent from Jackson dated August 12, 2004 accepting change order costs

24. Letter of intent from Jackson dated November 15, 2004 accepting change order costs

25. Punch Lists from Jackson for site work as of February 28, 2005, and punch list from Lamoreaux & Pagano as of February 2, 2005

26. Activity Schedule Dated 12/20/04 showing site work to be performed "Spring '05"

27. Excerpts from depositions of James Peter, Robert Bullock, Tony Lardaro and Bill Meritz, as to the claim under G.L. c. 93A, to the extent that these witnesses are not available for live testimony. These excerpts are being identified on the testimony designation list submitted separately.

Respectfully Submitted,

The Plaintiff,

By its attorney,

s/Robert N. Meltzer
Robert N. Meltzer, BBO #564745
The Mountain States Law Group
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

May 13, 2008