UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-CV-40072 FDS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES FIDELITY & | ) |
| GUARANTY COMPANY | ) |
| | ) |
| Defendant | ) |

## LANDWORKS CREATIONS, LLC 'S TRIAL WITNESS LIST

Now comes the Plaintiff, Landworks Creations, LLC, and submits the list of the

following witnesses it intends to introduce at the trial of this matter, either at the contract

stage before the jury, or during the bench trial portion under c. 176D/93A.

Neal Matthews
Landworks Creations, LLC
PMB 291 1500A Lafayette Rd.
Portsmouth, NH 03801

William Gambill
Formerly of Standen Contracting
445 Faunce Corner Road
N. Dartmouth, MA 02747
Now of Colontonio Construction, 13 Everett Street, Holliston

Katie Crockett
Lamoureux Pagano Associates
14 East Worcester Street
Worcester, MA 01604

"Duffy" Lanciani Clerk of the Works
Robert Cox-Superintendent, Public Buildings Dept
Shrewsbury Town Hall
Shrewsbury, MA

Richard McGuinness
c/o J. Calnan & Assoc
1250 Hancock Street
North Tower, Third Floor
Quincy, MA

Frank Leonardo
86 Crocket Road
Milford, MA

Robert Bullock
Tony Lardaro
Bill Mertz
Lovett Silverman Construction Consultants, Inc.
19 Goldenrod Drive
Carlisle, PA 17013

James M. Peters
Russell Fuller
United States Fidelity & Guaranty
Hartford, CT

Kevin J. O'Connor, Esq.
Scott S. Spearing, Esq.
Eric Hipp, Esq.
Hermes Netburn O'Connor & Spearing
265 Franklin Street, Seventh Floor
Boston, MA 02109

Brad Carver, Esq.
Hinshaw & Culbertson
One International Place
Boston, MA 02110

John Lemieux
Terry Scalzo
Vertex Engineering
20 Winter Street
Pembroke, MA

William Gallagher, expert

One Homestead Drive
Medway, MA

Respectfully Submitted,

**Landworks Creations, LLC**
By its attorney,

s/Robert N. Meltzer_____
Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Dated: May 13, 2008