UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO: 05-CV-40072
FDS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES FIDELITY AND | ) |
| GUARANTY COMPANY and | ) |
| LOVETT-SILVERMAN CONSTRUCTION | ) |
| CONSULTANTS, INC. | ) |
| | ) |
| Defendants | ) |

PLAINTIFF'S DEPOSITION TESTIMONY DESIGNATION LIST

Now comes the Plaintiff, Landworks Creations, LLC, and submits the list of the following deposition testimony it intends to introduce at trial, under the requirements and provisions of F.R.C.P. 32(a)(3)(B) and (D) on the grounds that the witnesses identified are either in excess of 100 miles from the location of trial, or that they are not subject to compelled attendance by subpoena: The Plaintiff reserves the right to withdraw this testimony, or to use portions for direct testimony, rebuttal or defense of the Counterclaim.

Deposition of William A. Meritz, taken January 11, 2007
Resident of East Meadow, New York (184.82 miles from Worcester)

Page 4            Lines 18-19
Page 5            Lines 13-17
Page 5            Lines 23-24
Page 9            Lines 12-24

| | |
|---|---|
| Page 10 | Lines 07-20 |
| Page 12 | Lines 09-20 |
| Page 13 | Lines 19-24 |
| Page 14 | Lines 01-24 |
| Page 15 | Lines 01-14 |
| Page 15 | Lines 19-24 |
| Page 16 | Lines 01-24 |
| Page 17 | Lines 01-24 |
| Page 18 | Lines 01-24 |
| Page 25 | Lines 05-24 |
| Page 26 | Lines 01-24 |
| Page 31 | Lines 04-24 |
| Page 32 | Lines 08-22 |
| Page 33 | Lines 14-24 |
| Page 34 | Lines 01-16 |
| Page 41 | Lines 24-24 |
| Page 42 | Lines 01-24 |
| Page 43 | Lines 01-24 |
| Page 44 | Lines 01-22 |

<u>Deposition of Anthony Joseph Lardaro, taken January 11, 2007</u>
<u>Resident of Kings Park New York (203.77 miles from Worcester)</u>

| | |
|---|---|
| Page 4  | Lines 18-19 |
| Page 5  | Lines 21-23 |
| Page 6  | Lines 07-08 |
| Page 6  | Lines 12-19 |
| Page 10 | Lines 23-24 |
| Page 11 | Lines 01-02 |
| Page 16 | Lines 05-24 |
| Page 17 | Lines 01-24 |
| Page 18 | Lines 01-24 |
| Page 19 | Lines 01-24 |
| Page 20 | Lines 01-09 |
| Page 20 | Lines 14-23 |
| Page 22 | Lines 01-15 |
| Page 23 | Lines 17-24 |
| Page 24 | Lines 01-16 |
| Page 25 | Lines 14-24 |
| Page 26 | Lines 01-15 |
| Page 26 | Lines 20-24 |
| Page 27 | Lines 01-22 |
| Page 28 | Lines 05-24 |
| Page 33 | Lines 01-21 |

| | |
|---|---|
| Page 36 | Lines 15-24 |
| Page 37 | Lines 01-24 |
| Page 38 | Lines 01-24 |
| Page 39 | Lines 01-24 |
| Page 40 | Lines 01-20 |
| Page 43 | Lines 14-24 |
| Page 44 | Lines 01-24 |
| Page 45 | Lines 02-23 |
| Page 46 | Lines 12-15 |
| Page 46 | Lines 23-24 |
| Page 47 | Lines 01-24 |
| Page 48 | Lines 01-03 |
| Page 52 | Lines 01-04 |
| Page 54 | Lines 01-12 |
| Page 55 | Lines 18-24 |
| Page 56 | Lines 01-24 |
| Page 57 | Lines 01-03 |
| Page 57 | Lines 13-18 |
| Page 58 | Lines 06-21 |

<u>Deposition of Robert S. Bullock, taken January 11, 2007</u>
<u>Resident of Carlisle, PA (368.67 miles from Worcester)</u>

| | |
|---|---|
| Page 4 | Lines 18-19 |
| Page 5 | Lines 24-24 |
| Page 6 | Lines 01-07 |
| Page 6 | Lines 11-12 |
| Page 11 | Lines 07-15 |
| Page 12 | Lines 01-07 |
| Page 12 | Lines 24-24 |
| Page 13 | Lines 01-23 |
| Page 14 | Lines 01-24 |
| Page 15 | Lines 01-09 |
| Page 15 | Lines 24-24 |
| Page 16 | Lines 01-16 |
| Page 17 | Lines 20-24 |
| Page 18 | Lines 01-24 |
| Page 19 | Lines 01-24 |
| Page 20 | Lines 01-24 |
| Page 21 | Lines 01-24 |
| Page 22 | Lines 01-24 |
| Page 23 | Lines 03-21 |
| Page 24 | Lines 01-17 |
| Page 25 | Lines 05-08 |

| | |
|---|---|
| Page 28 | Lines 02-24 |
| Page 29 | Lines 01-24 |
| Page 30 | Lines 01-24 |
| Page 31 | Lines 01-18 |
| Page 32 | Lines 07-24 |
| Page 33 | Lines 01-09 |
| Page 33 | Lines 14-24 |
| Page 34 | Lines 01-04 |
| Page 35 | Lines 01-24 |
| Page 36 | Lines 01-21 |
| Page 40 | Lines 21-24 |
| Page 41 | Lines 01-04 |
| Page 42 | Lines 21-24 |
| Page 43 | Lines 01-24 |
| Page 44 | Lines 01-05 |
| Page 50 | Lines 14-24 |
| Page 51 | Lines 01-24 |
| Page 52 | Lines 01-24 |
| Page 53 | Lines 01-20 |
| Page 54 | Lines 22-24 |
| Page 55 | Lines 01-02 |
| Page 55 | Lines 20-24 |
| Page 56 | Lines 01-20 |
| Page 56 | Lines 24-24 |
| Page 57 | Lines 01-24 |
| Page 58 | Lines 01-24 |
| Page 59 | Lines 01-24 |
| Page 60 | Lines 01-12 |
| Page 60 | Lines 21-24 |
| Page 61 | Lines 01-24 |
| Page 62 | Lines 01-24 |
| Page 68 | Lines 15-24 |
| Page 69 | Lines 01-24 |
| Page 70 | Lines 01-24 |
| Page 71 | Lines 01-15 |
| Page 72 | Lines 04-23 |
| Page 73 | Lines 21-24 |
| Page 74 | Lines 01-22 |
| Page 75 | Lines 01-24 |
| Page 76 | Lines 01-23 |
| Page 79 | Lines 14-24 |
| Page 80 | Lines 01-24 |
| Page 81 | Lines 01-06 |
| Page 83 | Lines 20-24 |
| Page 84 | Lines 01-01 |
| Page 84 | Lines 09-24 |

| | |
|---|---|
| Page 85 | Lines 01-04 |
| Page 85 | Lines 12-24 |
| Page 86 | Lines 01-24 |
| Page 87 | Lines 01-03 |
| Page 92 | Lines 21-24 |
| Page 93 | Lines 01-24 |
| Page 94 | Lines 01-12 |
| Page 94 | Lines 13-14 |
| Page 94 | Lines 19-24 |
| Page 95 | Lines 01-24 |
| Page 96 | Lines 01-24 |
| Page 98 | Lines 22-24 |
| Page 99 | Lines 01-24 |
| Page 100 | Lines 01-24 |
| Page 101 | Lines 01-24 |
| Page 102 | Lines 01-24 |
| Page 103 | Lines 01-24 |
| Page 104 | Lines 01-24 |
| Page 105 | Lines 01-07 |
| Page 107 | Lines 10-24 |
| Page 108 | Lines 01-24 |
| Page 109 | Lines 01-24 |
| Page 110 | Lines 01-24 |
| Page 111 | Lines 01-24 |
| Page 112 | Lines 01-06 |
| Page 114 | Lines 13-24 |
| Page 115 | Lines 01-21 |
| Page 116 | Lines 01-24 |
| Page 117 | Lines 01-24 |
| Page 118 | Lines 01-05 |

<u>Deposition of James M. Peters, taken January 11, 2007</u>
<u>Resident of Simsbury, Ct (71.90 miles from Worcester)</u>

| | |
|---|---|
| Page 4 | Lines 12-13 |
| Page 7 | Lines 02-06 |
| Page 7 | Lines 12-19 |
| Page 11 | Lines 08-20 |
| Page 22 | Lines 04-24 |
| Page 23 | Lines 01-24 |
| Page 25 | Lines 08-24 |
| Page 26 | Lines 01-24 |
| Page 28 | Lines 07-24 |
| Page 29 | Lines 01-21 |

| | |
|---|---|
| Page 30 | Lines 07-24 |
| Page 31 | Lines 01-31 |
| Page 32 | Lines 01-24 |
| Page 33 | Lines 01-10 |
| Page 33 | Lines 19-24 |
| Page 34 | Lines 01-24 |
| Page 35 | Lines 01-02 |
| Page 36 | Lines 08-19 |
| Page 37 | Lines 03-24 |
| Page 42 | Lines 19-24 |
| Page 43 | Lines 01-07 |
| Page 45 | Lines 11-24 |
| Page 46 | Lines 01-11 |
| Page 46 | Lines 18-24 |
| Page 47 | Lines 01-24 |
| Page 48 | Lines 18-24 |
| Page 49 | Lines 07-10 |
| Page 50 | Lines 10-24 |
| Page 51 | Lines 01-16 |
| Page 52 | Lines 02-15 |
| Page 53 | Lines 01-24 |
| Page 54 | Lines 01-16 |
| Page 55 | Lines 01-24 |
| Page 56 | Lines 01-15 |
| Page 56 | Lines 19-24 |
| Page 57 | Lines 01-09 |
| Page 58 | Lines 05-17 |
| Page 58 | Lines 23-24 |
| Page 59 | Lines 01-06 |
| Page 59 | Lines 11-24 |
| Page 60 | Lines 01-15 |
| Page 61 | Lines 10-24 |
| Page 62 | Lines 01-24 |
| Page 63 | Lines 01-07 |
| Page 64 | Lines 22-24 |
| Page 65 | Lines 01-24 |
| Page 66 | Lines 01-24 |
| Page 67 | Lines 01-01 |
| Page 67 | Lines 19-24 |
| Page 68 | Lines 01-17 |
| Page 68 | Lines 21-24 |
| Page 69 | Lines 01-01 |
| Page 69 | Lines 11-22 |
| Page 69 | Lines 24-24 |
| Page 70 | Lines 01-24 |
| Page 71 | Lines 07-24 |

| | |
|---|---|
| Page 72 | Lines 01-07 |
| Page 72 | Lines 22-24 |
| Page 73 | Lines 01-24 |
| Page 74 | Lines 01-01 |
| Page 74 | Lines 23-24 |
| Page 75 | Lines 01-02 |
| Page 75 | Lines 09-24 |
| Page 76 | Lines 01-02 |
| Page 76 | Lines 08-24 |
| Page 77 | Lines 17-24 |
| Page 78 | Lines 01-24 |
| Page 79 | Lines 01-24 |
| Page 80 | Lines 01-11 |
| Page 81 | Lines 07-24 |
| Page 82 | Lines 01-09 |
| Page 82 | Lines 12-24 |
| Page 83 | Lines 01-24 |
| Page 84 | Lines 01-24 |
| Page 85 | Lines 01-24 |
| Page 86 | Lines 01-24 |
| Page 87 | Lines 01-24 |
| Page 88 | Lines 01-11 |
| Page 88 | Lines 19-24 |
| Page 89 | Lines 01-24 |
| Page 91 | Lines 03-24 |
| Page 92 | Lines 01-03 |
| Page 97 | Lines 07-24 |
| Page 98 | Lines 01-20 |
| Page 99 | Lines 03-24 |
| Page 100 | Lines 01-09 |
| Page 101 | Lines 22-24 |
| Page 102 | Lines 01-24 |
| Page 103 | Lines 01-22 |
| Page 104 | Lines 09-24 |
| Page 105 | Lines 01-24 |
| Page 106 | Lines 01-24 |
| Page 107 | Lines 01-24 |
| Page 108 | Lines 01-04 |
| Page 108 | Lines 10-24 |
| Page 109 | Lines 01-24 |
| Page 110 | Lines 01-24 |
| Page 111 | Lines 01-24 |
| Page 112 | Lines 01-24 |
| Page 113 | Lines 01-24 |
| Page 114 | Lines 01-24 |
| Page 115 | Lines 01-24 |

| | |
|---|---|
| Page 122 | Lines 12-24 |
| Page 123 | Lines 01-24 |
| Page 124 | Lines 01-08 |
| Page 124 | Lines 22-24 |
| Page 125 | Lines 01-10 |
| Page 125 | Lines 18-24 |
| Page 126 | Lines 01-24 |
| Page 127 | Lines 01-05 |
| Page 141 | Lines 01-24 |
| Page 142 | Lines 01-24 |
| Page 143 | Lines 01-24 |
| Page 144 | Lines 01-24 |
| Page 145 | Lines 01-24 |
| Page 146 | Lines 01-07 |
| Page 152 | Lines 01-24 |
| Page 153 | Lines 01-24 |
| Page 154 | Lines 01-02 |
| Page 161 | Lines 05-24 |
| Page 162 | Lines 01-17 |

Respectfully Submitted,

The Plaintiff,

By its attorney,

s/Robert N. Meltzer_____
Robert N. Meltzer, BBO #564745
The Mountain States Law Group
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

May 13, 2008