UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,<br>    Plaintiff,<br>        v.<br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY,<br>    Defendant. | )<br>)<br>)<br>) C.A. No. 4:05-CV-40072-FDS<br>)<br>) |

**REQUEST OF UNITED STATES FIDELITY & GUARANTY COMPANY
FOR SPECIAL VERDICT UNDER F.R.C.P. 49(a)**

Defendant, United States Fidelity & Guaranty Company, requests that this court adopt the Special Verdict attached hereto.

                                                          Respectfully submitted,
                                                          **UNITED STATES FIDELITY &
                                                          GUARANTY COMPANY,**
                                                          By its attorneys,

                                                          /s/ Peter G. Hermes
                                                          Peter G. Hermes, BBO No. 231840
                                                          Cynthia J. Stephens, BBO No. 560670
                                                          HERMES, NETBURN, O'CONNOR
                                                                & SPEARING, P.C.
                                                          265 Franklin Street, Seventh Floor
                                                          Boston, MA 02110-311
Dated: May 13, 2008                           (617) 728-0050; (617) 728-0052 (F)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC, | ) |
|     Plaintiff, | ) |
|     v. | ) |
| UNITED STATES FIDELITY AND | ) C.A. No. 4:05-CV-40072-FDS |
| GUARANTY COMPANY, | ) |
|     Defendant. | ) |

### SPECIAL VERDICT UNDER F.R.C.P. 49(a)

1. Did Landworks fully perform all of its work under the Ratification Agreement with USF&G?

    Yes: _____     No: _____

    **If your answer to Question 1 is "Yes," please proceed to Question 3.**

    **If your answer to Question 1 is "No," please proceed to Question 5.**

2. Did Landworks substantially perform the Ratification Agreement with a good faith intention to full perform the Ratification Agreement

    Yes: _____     No: _____

    **If your answer to Question 2 is "Yes," please proceed to Question 3.**

    **If your answer to Question 2 is "No," please proceed to Question 5.**

3. Did USF&G breach the Ratification Agreement?

    Yes: _____     No: _____

    **If your answer to Question 3 is "Yes," please proceed to Question 4.**

    **If your answer to Question 3 is "No," please proceed to Question 5.**

4. What is the amount, if anything, is owed Landworks under the Ratification Agreement?

   Amount in words  _____

   Amount in figures _____

**This amount cannot exceed $135,101.**

**Please proceed to Question 6.**

5. What is the value of the work left incomplete by Landworks?

   Amount in words  _____

   Amount in figures _____

**Please proceed to Question 6.**


6. Did Landworks have a subcontract with Jackson Construction Company, Inc.?

   Yes: _____        No: _____

   **If your answer to Question 6 is "Yes," please proceed to Question 7.**

   **If your answer to Question 6 is "No," your service is complete.  Please sign this form and return to the courtroom.**


7. Did Landworks fully perform its subcontract with Jackson?

   Yes: _____        No: _____

   **If your answer to Question 7 is "Yes," please proceed to Question 9.**

   **If your answer to Question 7 is "No," please proceed to Question 8.**


8. Did Landworks substantially perform its subcontract with Jackson with a good faith intention to perform the subcontract fully?

   Yes: _____        No: _____

   **If your answer to Question 8 is "Yes," please proceed to Question 9.**

**If your answer to Question 8 is "No," please proceed to Question 11.**

9. Did Jackson breach that contract with Landworks?

   Yes: _____     No: _____

   **If your answer to Question 9 is "Yes," please proceed to Question 10.**

   **If your answer to Question 9 is "No," please proceed to Question 11.**

10. What is the amount, if anything, is owed Landworks under its subcontract with Jackson?

    Amount in words _____

    Amount in figures _____

    **The total of numbers 4 and 10 cannot exceed $135,101.00.**

11. What is the value of the work left incomplete by Landworks?

    Amount in words _____

    Amount in figures _____

    

    Date:                                               FOREPERSON OF THE JURY