UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,<br>    Plaintiff,<br>    v.<br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY,<br>    Defendant. | )<br>)<br>)<br>) C.A. No. 4:05-CV-40072-FDS<br>)<br>) |

**REQUEST OF UNITED STATES FIDELITY & GUARANTY COMPANY**
**FOR SPECIAL VERDICT UNDER F.R.C.P. 49(a)**

Defendant, United States Fidelity & Guaranty Company, requests that this Court adopt the Special Verdict attached hereto.

    Respectfully submitted,
    **UNITED STATES FIDELITY &**
    **GUARANTY COMPANY,**
    By its attorneys,

    /s/ Peter G. Hermes
    Peter G. Hermes, BBO No. 231840
    Cynthia J. Stephens, BBO No. 560670
    HERMES, NETBURN, O'CONNOR
        & SPEARING, P.C.
    265 Franklin Street, Seventh Floor
    Boston, MA 02110-311

Dated: May 14, 2008    (617) 728-0050; (617) 728-0052 (F)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,  <br>    Plaintiff,  <br>    v.  <br>UNITED STATES FIDELITY AND  <br>GUARANTY COMPANY,  <br>    Defendant. | )  <br>)  <br>)  <br>) C.A. No. 4:05-CV-40072-FDS  <br>)  <br>) |

## **SPECIAL VERDICT UNDER F.R.C.P. 49(a)**

1. Did Landworks fully perform all of its work under the Ratification Agreement with USF&G?

    Yes: _____    No: _____

    If your answer to Question 1 is "Yes," please proceed to Question 3.

    If your answer to Question 1 is "No," please proceed to Question 2.

2.* Did Landworks substantially perform the Ratification Agreement with a good faith intention to perform fully the Ratification Agreement?

    Yes: _____    No: _____

    If your answer to Question 2 is "Yes," please proceed to Question 3.

    If your answer to Question 2 is "No," please proceed to Question 5.

3. Did USF&G breach the Ratification Agreement?

    Yes: _____    No: _____

    If your answer to Question 3 is "Yes," please proceed to Question 4.

    If your answer to Question 3 is "No," please proceed to Question 5.

4. What is the amount, if anything, that is owed Landworks under the Ratification Agreement?

  Amount in words _____

  Amount in figures _____

**This amount cannot exceed $135,101.00**

**Please proceed to Question 5.**

5. What is the reasonable cost to USF&G to complete Landworks' work under the Ratification Agreement?

  Amount in words _____

  Amount in figures _____

**Please proceed to Question 6.**

6. Did Landworks have a subcontract with Jackson Construction Company, Inc.?

  Yes: _____    No: _____

**If your answer to Question 6 is "Yes," please proceed to Question 7.**

**If your answer to Question 6 is "No," your service is complete. Please sign this form and return to the courtroom.**

7. Did Landworks fully perform its subcontract with Jackson?

  Yes: _____    No: _____

**If your answer to Question 7 is "Yes," please proceed to Question 9.**

**If your answer to Question 7 is "No," please proceed to Question 8.**

...

...

8.\*   Did Landworks substantially perform its subcontract with Jackson with a good faith intention to perform fully the subcontract?

    Yes: _____    No: _____

**If your answer to Question 8 is "Yes," please proceed to Question 9.**

**If your answer to Question 8 is "No," please proceed to Question 10.**

9.   What is the amount, if anything, that is owed Landworks under its subcontract with Jackson?

    Amount in words _____

    Amount in figures _____

**The total of numbers 4 and 9 cannot exceed $135,101.00.**

**Please proceed to Question 10.**

10.   What is the reasonable cost to USF&G to complete Landworks' work under the Jackson subcontract?

    Amount in words _____

    Amount in figures _____

Date:                                              FOREPERSON OF THE JURY

---

\*These questions are provisional only because it is USF&G's position that no claim in *quantum meruit* has been pleaded or proven under Count I (Breach of Contract).