UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO: 05-CV-40072 FDS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES FIDELITY AND | ) |
| GUARANTY COMPANY and | ) |
| LOVETT-SILVERMAN CONSTRUCTION | ) |
| CONSULTANTS, INC. | ) |
| | ) |
| Defendants | ) |

PLAINTIFF'S SUPPLEMENTAL TRIAL EXHIBIT LIST

Now comes the Plaintiff, Landworks Creations, LLC, and in response to the trial brief submitted by USF & G supplements its trial exhibit list by two items which have been previously identified in this case:

1. Landworks letter to Jackson dated July 20, 2004 re: proposed expanded scope

2. June 8, 2005 e-mail from Morgado re: decaying site conditions (depo exhibit 6)

3. any documents identified on the exhibit list of Defendant USF & G

2

                    Respectfully Submitted,

                    The Plaintiff,

                    By its attorney,

                    <u>s/Robert N. Meltzer</u>
                    Robert N. Meltzer, BBO #564745
                    The Mountain States Law Group
                    P.O. Box 1459
                    Framingham, MA 01701
                    Phone: (508) 872-7116

May 16, 2008