UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,<br>    Plaintiff,<br>v.<br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY, and<br>LOVETT SILVERMAN CONSTRUCTION<br>CONSULTANTS, INC.<br>    Defendant, | )<br>)<br>)<br>) C.A. No. 4:05-CV-40072-FDS<br>)<br>)<br>)<br>) |

## LIST OF CONTESTED TRIAL EXHIBITS OF THE PARTIES

Now come the Parties who list the following contested trial exhibits:

| No. | DOCUMENTS |
|---|---|
| 22 | July 20, 04 RFI with attachments<br>OBJECTION BY DEFENDANT |
| 23 | Construction Meeting Minutes #107<br>OBJECTION BY DEFENDANT |
| 24 | Application for Payment to Jackson Construction Company # 7 - # 11<br>OBJECITON BY DEFENDANT (other than for notice of claim only) |
| 25 | Release, Assignment and Settlement Agreement between USF&G and Jackson Construction Co. signed on or about January, 2006<br>OBJECTION BY PLAINTIFF |
| 26 | G&R Invoices for Site Work<br>Invoices Nos.    05006-01 – 05006-05 and 05006-10 – 05006-14<br>OBJECTION BY PLAINTIFF |
| 27 | Robert Bullock drawing prepared July 2005<br>OBJECTION BY PLAINTIFF |
| 28 | Defendant's Photographs<br>OBJECTION BY PLAINTIFF |
| 29 | Landworks' July 20, 2004 proposal to Jackson Construction Company<br>OBJECTION BY DEFENDANT |
| 30 | Plaintiff's Photographs<br>OBJECTION BY DEFENDANT |

Respectfully submitted,

LANDWORKS CREATIONS, LLC
by it attorney

Robert N. Meltzer BBO No. 564745
The Mountain States Law Group
PO Box 1459
Framingham, MA 01701
(508) 872-7716
Fax (508) 872 8284

UNITED STATES FIDELITY &
GUARANTY COMPANY,
By its attorneys,

/s/ Peter G. Hermes
Peter G. Hermes, BBO No. 231840
Cynthia J. Stephens, BBO No. 560670
HERMES, NETBURN, O'CONNOR
 & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050; (617) 728-0052 (F)

Dated: May 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (none) on May 19, 2008.

/s/ Peter G. Hermes
Peter G. Hermes

2