UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,<br>    Plaintiff,<br>v.<br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY,<br>    Defendant. | )<br>)<br>)<br>) C.A. No. 4:05-CV-40072-FDS<br>)<br>) |

### SUPPLEMENTAL REQUEST OF UNITED STATES FIDELITY & GUARANTY COMPANY FOR SPECIAL VERDICT UNDER F.R.C.P. 49(a)

Defendant, United States Fidelity & Guaranty Company, requests that this Court adopt the Special Verdict attached hereto.

Respectfully submitted,
**UNITED STATES FIDELITY & GUARANTY COMPANY,**
By its attorneys,

/s/ Peter G. Hermes
Peter G. Hermes, BBO No. 231840
Cynthia J. Stephens, BBO No. 560670
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-311

Dated: May 22, 2008

(617) 728-0050; (617) 728-0052 (F)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,     )  | |
|     Plaintiff,     )  | |
|     v.     )  | |
| UNITED STATES FIDELITY AND     )  | C.A. No. 4:05-CV-40072-FDS |
| GUARANTY COMPANY,     )  | |
|     Defendant.     )  | |

## SPECIAL VERDICT UNDER F.R.C.P. 49(a)

1. Does Landworks have any rights under the Ratification Agreement?

   Yes: _____     No: _____

   **If your answer to Question 1 is "Yes," please proceed to Question 2.**

   **If your answer to Question 1 is "No," please proceed to Question 6.**

2. Did Landworks fully perform all of its work under the Ratification Agreement with USF&G?

   Yes: _____     No: _____

   **If your answer to Question 2 is "Yes," please proceed to Question 3.**

   **If your answer to Question 2 is "No," please proceed to Question 5.**

3. Did USF&G breach the Ratification Agreement?

   Yes: _____     No: _____

   **If your answer to Question 3 is "Yes," please proceed to Question 4.**

   **If your answer to Question 3 is "No," please proceed to Question 5.**

4. What is the amount, if anything, that is owed Landworks under the Ratification Agreement?

  Amount in words _____

  Amount in figures _____

**This amount cannot exceed $124,457.05.**

**Please proceed to Question 5.**

5. What is the reasonable cost to USF&G to complete Landworks' work under the Ratification Agreement?

  Amount in words _____

  Amount in figures _____

**Please proceed to Question 6.**

6. Did Landworks have a subcontract with Jackson Construction Company, Inc.?

  Yes: _____  No: _____

**If your answer to Question 6 is "Yes," please proceed to Question 7.**

**If your answer to Question 6 is "No," your service is complete. Please sign this form and return to the courtroom.**

7. Did Landworks breach its subcontract with Jackson Construction Company, Inc.?

  Yes: _____  No: _____

**If your answer to Question 7 is "Yes," please proceed to Question 8.**

**If your answer to Question 7 is "No," your service is complete. Please sign this form and return to the courtroom.**

8. What is the reasonable cost to USF&G to complete Landworks' work under the Jackson subcontract?

        Amount in words _____

        Amount in figures_____

Date:	                                                FOREPERSON OF THE JURY