CASE NO: (CIVIL) (CRIMINAL) 05-40072

TITLE: Landworks vs US Fidelity

## JURY PANEL

(1.) James Beat
(2.) Richard Edmond
(3.) Laurence Thayer
(4.) Michael Largey
(5.) Larry Nelson
(6.) Gino Molinari
(7.) Rachel Bracconnier
(8.) Edward Reber
(9.)
(10.)
(11.)
(12.)

Alternate # 1

Alternate # 2

Alternate # 3

Alternate # 4

| (PLTFF) (GOV'T) | WITNESSES | DEFENDANT |
|---|---|---|

1. Neal Matthews 5/20/08, 5/21/08, 5/22/08
2. Katie Crockett 5/21/08
3. Robert Lankiani 5/21/08
4. Richard McGuinness 5/21/08
5. Robert Morel 5/21/08
6. Michael Pellegr. 5/21/08, 5/22/08
7. Jeff Richards 5/22/08
8. George Byl 5/23/08
9. James Peters 5/23/08
10.
11.
12.
13.
14.

(Defendant column)
1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.

≋AO 187A (Rev 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Landworks vs. US Fidelity   CASE NO. 05-40072

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3 | | 5/20/08 | ✓ | ✓ | Agreement between Shrewsbury Landworks 8/28/03 |
| 2 | | " | ✓ | ✓ | Project Manual |
| 1 | | " | ✓ | ✓ | Contract drawing L1.1- L1.10 |
| 4 | | " | ✓ | ✓ | Performance Bond |
| 5 | | " | ✓ | ✓ | Subcontractor Hold Agreement 3/23/04 |
| 24 | | " | ✓ | ✓ | Application for Payment to Jackson Construction |
| 15 | | " | ✓ | ✓ | Landworks Daily Field Reports |
| 31 | | " | ✓ | ✓ | Landworks Change orders |
| 22 | | " | ✓ | ✓ | July 20, 2004 RFI with Attachments |
| 7 | | " | ✓ | ✓ | Jackson Construction change orders #1, 2+3 |
| 30 | | " | ✓ | ✓ | Landworks 4/29/04 letter to Richard McGuinness |
| 12 | | " | ✓ | ✓ | Contract Info worksheet by McGuinness from Jackson |
| 21 | | " | ✓ | ✓ | Letter from Jeff Richards dated 12/1/04 |
| 13 | | " | ✓ | ✓ | Subcontract Agreement, Jackson + Landworks |
| 28 A | | " | ✓ | ✓ | Photo of site |
| 6 | | " | ✓ | ✓ | Jackson Construction checks to Landworks |
| 28 C | | " | ✓ | ✓ | Photo of site |
| 8 | | " | ✓ | ✓ | Letter of Michael Pasano to Jack Ferguson 2/2/05 |
| 16 | | " | ✓ | ✓ | Fax from Jennifer Mitchell to Neal/Matthews 7/26/04 |
| 17 | | " | ✓ | ✓ | Letter from Jeff Richards to Todd Manning dated 8/26/04 |
| 18 | | " | ✓ | ✓ | Letter from Jim Kokernak to Katie Crockett dated 4/30/04 |
| 9 | | " | ✓ | ✓ | CTM site work Items dated 9/20/04 |
| 19 | | 5/21/08 | ✓ | ✓ | Landworks Weekly Payroll Report |
| 11 | | " | ✓ | ✓ | CTM Landworks Deficiency List, 3/19/04 |
| 20 | | " | ✓ | ✓ | Fax to Neo Matthews from Jennifer Fletcher, 10/19/04 |
| 27 | | " | ✓ | ✓ | Construction Meeting Minutes #10? |
| 28 B | | " | ✓ | ✓ | Photo of Shrewsbury School site |

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

Landworks vs. U.S Fidelity     CASE NO. 05-40072

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 26 | | 5/21/08 | ✓ | ✓ | G+R Invoices for site work |
| 14 | | 5/20/08 | ✓ | ✓ | Completion Agreement between USF&G & Jackson 5/11/04 |
| 25 | | " | ✓ | ✓ | Release, Assignment + Settlement Agreement |

Page 2 of 2 Pages