UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LANDWORKS CREATIONS, LLC,<br><br>    Plaintiff and Counterclaim-<br>    Defendant,<br><br>v.<br><br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY,<br><br>    Defendant and Counterclaim-<br>    Plaintiff. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)   05-40072-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JURY VERDICT FORM

### Questions as to Liability

*Note: As to questions 1 and 2, mark an "X" in the appropriate place:*

**1.** On the claim of Landworks Creations, LLC for breach of contract against United States Fidelity and Guaranty Company, we find in favor of:

__X__ Landworks                _____ USF&G

**2.** On the claim of United States Fidelity and Guaranty Company for breach of contract against Landworks Creations, LLC, we find in favor of:

_____ USF&G                __X__ Landworks

*Note: If you answered question 1 in favor of USF&G and question 2 in favor of Landworks you do not need to answer any of the remaining questions. Have your foreperson sign and date this form, because you have completed your deliberations. Otherwise, proceed to the next set of questions.*

## Questions as to Damages

*Note: Answer question 3 only if you found in favor of Landworks on question 1. Answer question 4 only if you found in favor of USF&G on question 2.*

3. We award damages to Landworks Creations, LLC in the following amount:

   $ __87,560.62__ *(stating the amount or, if none, write the word "none").*

   *(not to exceed $124,457.05)*

4. We award damages to United States Fidelity and Guaranty Company in the following amount:

   $ _____ *(stating the amount or, if none, write the word "none").*

   *(not to exceed $235,808.09)*

**Your deliberations are complete. Please sign and date this form, and notify the court officer.**

_Edward Allen_                              _5/23/08_
Foreperson                                       Date

To: Clark

We have reached a verdict.

*Edward Relu*    12:30pm 5/23/08
Foreman