UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LANDWORKS CREATIONS, LLC. )<br>　　　Plaintiff　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>UNITED STATES FIDELITY AND GUARANTY )<br>COMPANY and　　　　　　　　　　　 )<br>LOVETT-SILVERMAN CONSTRUCTION )<br>CONSULTANTS, INC.　　　　　　　　 )<br>　　　Defendants　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　) | C.A. No. 05-CV-40072 FDS |

## NOTICE OF CHANGE OF ADDRESS

　　　Please note the change of address and firm affiliation of counsel for the defendant, Lovett-Silverman Construction Consultants, Inc.

　　　　　　　　　　　　　　　　　　　　LOVETT-SILVERMAN CONSTRUCTION
　　　　　　　　　　　　　　　　　　　　CONSULTANTS, INC.
　　　　　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　　　　　/s/ Julie A. Ciollo
　　　　　　　　　　　　　　　　　　　　Julie A. Ciollo, BBO #666080
　　　　　　　　　　　　　　　　　　　　LeClairRyan, *A Professional Corporation*
　　　　　　　　　　　　　　　　　　　　One International Place, 11th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Tel:  617-502-8200
　　　　　　　　　　　　　　　　　　　　Fax: 617-502-8201
　　　　　　　　　　　　　　　　　　　　E-mail: julie.ciollo@leclairryan.com

Dated:  June 3, 2008

4349148v1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 3, 2008.

      /s/ Julie A. Ciollo